UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
MILLER, KATELYN M § Case No. 11-04678
 §
 Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
     CLERK OF THE COURT
     219 South Dearborn
     Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/11/2013 in Courtroom ,
     Joliet City Hall
     150 West Jefferson, 2nd Floor
     Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/03/2012     By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
MILLER, KATELYN M § Case No. 11-04678
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,042.25 |
| and approved disbursements of | $ | 129.83 |
| leaving a balance on hand of[1] | $ | 4,912.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $ 348.63 | $ 0.00 | $ 348.63 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 10.86 | $ 0.00 | $ 10.86 |
| Total to be paid for chapter 7 administrative expenses | | $ | 359.49 |
| Remaining Balance | | $ | 4,552.93 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 900.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Caton Crossing Animal Hospital | $ 401.41 | $ 0.00 | $ 401.41 |
| 000002 | GE Money Bank | $ 217.51 | $ 0.00 | $ 217.51 |
| 000003 | Capital One Bank (USA), N.A. | $ 281.37 | $ 0.00 | $ 281.37 |
| | Total to be paid to timely general unsecured creditors | | $ | 900.29 |
| | Remaining Balance | | $ | 3,652.64 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of  0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 4.91 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 3,647.73 .

Prepared By: /s/Peter N. Metrou
Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-04678-BWB
Katelyn M Miller                                                        Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 2              Date Rcvd: Dec 04, 2012
                              Form ID: pdf006          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2012.
```
db          #+Katelyn M Miller,    4217 Anthony Lane,    Plainfield, IL 60586-7749
16782953    +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16782954   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One, N.a.,    Bankruptcy Dept,    Po Box 5155,
              Norcross, GA 30091)
17660329    +Caton Crossing Animal Hospital,    c/o Collection Professionals Inc.,    P.O. Box 416,
              Lasalle, IL 61301-0416
16782955    +Chrysler Credit,    Po Box 9218,    Farmington Hills, MI 48333-9218
16782956    +Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
16782957    +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
16782958    +Collection Prof/lasal,    723 1st St,    La Salle, IL 61301-2535
16782959    +Gemb/walmart,    Po Box 981400,    El Paso, TX 79998-1400
19344175     TD Auto Finance, L.L.C.,    Trustee Payment Center,    P.O. Box 900187,    Louisville, KY 40290-1897
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19078069     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 05 2012 02:59:09     Capital One Bank (USA), N.A.,
              PO Box 248839,    Oklahoma City, OK   73124-8839
17837269     E-mail/PDF: rmscedi@recoverycorp.com Dec 05 2012 03:00:57     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 2
```
```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 06, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: dross                Page 2 of 2              Date Rcvd: Dec 04, 2012
                               Form ID: pdf006            Total Noticed: 12


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2012 at the address(es) listed below:
              Kathryn A Klein    on behalf of Creditor   Chrysler Financial Services Americas, L.L.C. f/k/a
               DaimlerChrysler Financial Services Americas, L.L.C. iln@riezmanberger.com
              Marilyn J Washburn    on behalf of Creditor   TD Auto Finance LLC   f/k/a Chrysler Financial
               Services Americas, L.L.C. iln@riezmanberger.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,
               pmetrou@ecf.epiqsystems.com
              Ronald D Cummings    on behalf of Debtor Katelyn Miller bankruptcylawyer@sbcglobal.net
                                                                                             TOTAL: 5
```